## RAY v. STATE.

### No. 19891.

Court of Criminal Appeals of Texas.

June 15, 1938.

Maxwell Burkett, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is aggravated assault; penalty assessed at a fine of $250 and confinement in the county jail for one year.

The complaint and information appear regular. The evidence adduced upon the trial is not brought forward for review. No complaints of the procedure have been presented by bills of exception.

Perceiving no error justifying a reversal, the judgment of the trial court is affirmed.